IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100 |

**This Document Relates to:**

*Cathy Shafer v. Bayer HealthCare*          3:10-cv-12835-DRH-PMF
*Pharmaceuticals Inc., et al.*

## ORDER

**HERNDON, District Judge:**

On February 20, 2015, the defendants filed a motion to dismiss for lack of diversity jurisdiction noting that the plaintiff and defendant Bayer Corporation are both citizens of Indiana. On March 9, 2015, the plaintiff filed a motion to dismiss her claims against non-diverse defendant Bayer corporation. On March 11, 2015, the parties filed a stipulation of dismissal without prejudice. Thereafter, the Court recognized the stipulation of dismissal and closed the action.

Closing the case was in error. The parties only stipulated to the dismissal of defendants Bayer Corporation and Bayer HealthCare LLC. Accordingly, the Court directs the Clerk of the Court to re-open the case and to terminate defendants Bayer Corporation and Bayer HealthCare LLC from the docket. Further, the Court notes the dismissal of the non-diverse defendant, Bayer Corporation, moots the

2

motion to dismiss for lack of jurisdiction and the plaintiff's motion to dismiss defendant Bayer Corporation.

**IT IS SO ORDERED.**

Signed this 19th day of March, 2015.

Digitally signed by David R. Herndon
Date: 2015.03.19 16:19:49 -05'00'

**United States District Judge**